(June 30, 1951.)

■

The People of the State of New York ex rel. Mollie Portnoy, Respondent, against Ann Strasser, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ. [See *ante,* p. 916.]

■

Martin M. De Angelis v. W. & J. Tiebout, Inc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 909.]

■

Alfred J. Mapleson et al. v. Edward B. Marks Music Corporation.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 916.]

■

In the Matter of the Arbitration between Mary O'F. Morgan, Appellant, and New York Post Corporation, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Heffernan, JJ. [See *ante,* p. 910.]

■

Beol, Inc. v. H. S. Dorf Co., Inc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 896.]

■

Mary E. Lynch, Individually and as Executrix of Catherine E. Mulligan, Deceased, v. Jerry Boutin.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Van Voorhis, Shientag and McCurn, JJ. [See *ante,* p. 809.]

■

Lawton Estates, Inc., v. Henry L. Schenck.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* pp. 812, 926.]

■

Elias Savada et al., Respondents, v. Slidelock International, Ltd., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and stay vacated. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 919.]

■

Dictograph Products, Inc., v. Yardney Electric Corporation.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ, [See *ante,* p. 912.]